# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 30, 2013

_____

### INITIAL FEE NOTICE IN
### CIVIL, HABEAS & 2255 CASES

_____

No. 13-2331,   <u>Annette Reddick v. William White</u>
               2:07-cv-00342-MSD-LRL


**DUE DATE: November 29, 2013**

TO:   Tasha  Reddick
      Arlene  Carter
      Tiese  Mitchell
      Crystal  Lewis
      Annette  Reddick

According to the district court docket, the $455 filing fee for this appeal has not been paid to the district court and you have not been granted leave to proceed in forma pauperis by the district court. Unless you have paid the $455 filing fee to the Clerk, U.S. District Court, or been granted leave to proceed in forma pauperis by the district court by the due date shown above, you must file an **IFP-Application to proceed in forma pauperis** with the court of appeals by the due date shown.

Failure to comply will cause this court to initiate the process set forth in Local Rule 45 to dismiss the appeal for failure to prosecute.

Donna Lett, Deputy Clerk
804-916-2704