UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 13-2331 as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: Annette Reddick; Tasha Reddick; Arlene Carter; Tiese Mitchell; Crystal Lewis; J.M., Infant, by his next friend Tiese Mitchell; J.M., Infant, by her next friend Tiese Mitchell; J.J., Infant by his next friend Crystal Lewis; R.C., Infant, by her next friend, Arlene Carter; Z.C., Infant, by her next friend, Arlene Carter as the
(party name)

[✓] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

/s/ Anthony F. Troy
(signature)

Anthony F. Troy
Name (printed or typed)

804-788-7751
Voice Phone

Eckert Seamans Cherin & Mellott, LLC
Firm Name (if applicable)

804-698-2950
Fax Number

707 East Main Street, Suite 1450

Richmond, Virginia 23219
Address

ttroy@eckertseamans.com
E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on 11/15/13 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Rebecca Kim Glenberg
American Civil Liberties Union Foundation of Virginia
Suite 1412
701 East Franklin Street
Richmond, Virginia 23219
rglenberg@acluva.org

/s/ Anthony F. Troy
Signature

November 15, 2013
Date

11/17/2011
SCC