## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

| | |
|---|---|
| **ANNETTE REDDICK,** *et al.* | ) |
| | ) |
| **Plaintiffs-Appellants,** | ) |
| | ) |
| v. | )   Appeal No. 13-2331 |
| | ) |
| **WILLIAM A. WHITE** | ) |
| **(State Prisoner: 20040199844),** | ) |
| | ) |
| **Defendant-Appellee.** | ) |

## MOTION FOR EXTENSION OF TIME TO FILE
## OPENING BRIEF OF PLAINTIFFS-APPELLANTS

Plaintiffs-Appellants, by counsel, state as follows for their Motion for Extension of Time to file their Opening Brief:

1. The Opening Brief of Plaintiffs-Appellants is currently due on January 10, 2014. Plaintiffs-Appellants seek a three-week extension, until February 3, 2014, with all other dates in this matter being similarly extended.

2. Counsel for Plaintiffs-Appellants represented one of the candidates for Attorney General of Virginia during the recount for that statewide election during the month of December 2013. The recount was a matter that arose unexpectedly, and that required the nearly full-time attention of counsel for Plaintiffs-Appellants, since it had to be completed before the end of December.

3. The recount, combined with the holidays, has unavoidably delayed counsel's drafting of Plaintiffs-Appellants' Opening Brief.

4. Counsel for Plaintiffs-Appellants have consulted with counsel for Defendant-Appellee William A. White, and are authorized to represent Defendant-Appellee has consented to the extension sought by Plaintiffs-Appellants.

WHEREFORE, Plaintiffs-Appellants respectfully request that the Court grant the extension sought in this motion, extending the deadline for filing their Opening Brief to February 3, 2014.

                                       ANNETTE REDDICK,
                                       TASHA REDDICK.
                                       TIESE MITCHELL,
                                       J.M., an infant, by his next friend TIESE
                                               MITCHELL,
                                       J.M., an infant, by her next friend TIESE
                                               MITCHELL,
                                       CRYSTAL LEWIS,
                                       J.J., an infant, by his next friend
                                               CRYSTAL LEWIS,
                                       ARLENE CARTER,
                                       R.C., an infant, by her next friend
                                               ARLENE CARTER,
                                       Z.C., an infant, by her next friend
                                               ARLENE CARTER

                                       By: ____/s/ Stephen C. Piepgrass_____
                                                     Of Counsel

                                       William H. Hurd (VSB No. 16769)
                                       Stephen C. Piepgrass (VSB No. 71361)
                                       Counsel for Plaintiffs-Appellants
                                       TROUTMAN SANDERS LLP
                                       P.O. Box 1122
                                       Richmond, Virginia 23218-1122
                                       Telephone:  804-697-1320
                                       Fax:  804-698-5147
                                       william.hurd@troutmansanders.com
                                       stephen.piepgrass@troutmansanders.com

2

>Anthony F. Troy (VSB # 05985)
>ECKERT SEAMANS CHERIN & MELLOTT, LLC
>Eighth and Main Building, Suite 1450
>707 East Main Street
>Richmond, VA  23219
>(804) 788-7751
>(804) 698-2950 (fax)
>ttroy@eckertseamans.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of January 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following users:

>Rebecca Kim Glenberg
>Direct: 804-644-8080
>Email: rglenberg@acluva.org
>AMERICAN CIVIL LIBERTIES UNION
>FOUNDATION OF VIRGINIA
>Suite 1412
>701 East Franklin Street
>Richmond, VA 23219-0000

*Counsel for Defendant-Appellee William A. White*

>          /s/ Stephen C. Piepgrass
>Stephen C. Piepgrass (VSB No. 71361)
>Counsel for Intervening Plaintiffs
>TROUTMAN SANDERS LLP
>P.O. Box 1122
>Richmond, Virginia 23218-1122
>Telephone:  804-697-1320
>Fax:  804-698-5147
>stephen.piepgrass@troutmansanders.com

21631684v1

3